UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JUAN FRANCISCO VEGA,

    Plaintiff,

v.                                    Case No.:  2:24-cv-601-SPC-KCD

SHEVAUN HARRIS, BEN
SLOCUM, GARAD ANDERSON
and COURTNEY JONES,

    Defendants.
                                     /

## OPINION AND ORDER

    Before the Court is Plaintiff Juan Francisco Vega's Objection to the Opinion and Order (Doc. 21).  The Court dismissed Vega's complaint because it failed to state a claim, then denied Vega's motion to reopen the case.  (*See* Docs. 15 and 20).  Vega now objects to the Court's decision not to reopen the case.  To the extent Vega's Objection seeks reconsideration under Federal Rules of Civil Procedure 59 or 60, the Court denies it.

    Reconsideration of a prior order is an extraordinary measure that should be applied sparingly.  *Adams v. Beoneman*, 335 F.R.D. 452, 454 (M.D. Fla. 2020).  Court orders are not intended as first drafts subject to revisions at a litigant's pleasure, so a movant must establish extraordinary circumstances supporting reconsideration.  *Gold Cross EMS, Inc. v. Children's Hosp. of Ala.*,

108 F. Supp. 3d 1376, 1384 (S.D. Ga. 2015). "A motion for reconsideration should raise new issues, not merely readdress issues previously litigated." *PaineWebber Income Props. v. Mobil Oil Corp.*, 902 F. Supp. 1514, 1521 (M.D. Fla. 1995).

Vega presents no extraordinary circumstances to warrant reconsideration. Rather, he seeks to relitigate an issue the Court already decided. Accordingly, to the extent Vega's Objection (Doc. 21) can be construed as a motion, it is **DENIED**. The Clerk is **DIRECTED** to send a copy of this Order to the Eleventh Circuit.

**DONE** and **ORDERED** in Fort Myers, Florida on October 18, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record